| | | |
|---|---|---|
| VICTORIA CAREY, MARIE BURRIS, MICHAEL KISER, and BRENT NIX, individually and on behalf of all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | Case No.: 7:17-CV-00189-D<br>Case No.: 7:17-CV-00197-D<br>Case No.: 7:17-CV-00201-D |
| v. | ) ) | |
| E.I. DUPONT de NEMOURS AND COMPANY and THE CHEMOURS COMPANY FC, LLC, | ) ) ) ) | |
| Defendants. | ) ) ) | |
| CAPE FEAR PUBLIC UTILITY AUTHORITY, | ) ) ) | |
| Plaintiff, | ) ) ) | Case No.: 7:17-CV-00195-D |
| v. | ) ) | |
| THE CHEMOURS COMPANY FC, LLC, et al., | ) ) ) | |
| Defendants. | ) ) ) | |
| BRUNSWICK COUNTY, a governmental entity, | ) ) ) | |
| Plaintiff, | ) ) ) | Case No.: 7:17-CV-00209-D |
| v. | ) ) | |
| DOWDUPONT, INC., et al., | ) ) | |
| Defendants. | ) ) ) | |

1

# JOINT SEVENTH STATUS REPORT

Pursuant to the Court's order of January 4, 2018, and the parties' status reports of January 26, February 2, February 9, February 16, February 23 and March 2, the parties respectfully submit this joint status report in connection with Plaintiffs' motion for expedited discovery.

The parties have come close to arriving on a mutually agreeable solution to the sampling methodology to be used. The scope of compounds that Plaintiffs wish to test for remains a disputed issue, however. This disagreement will require the assistance of this Court to resolve.

In view of these circumstances, the parties respectfully request that the Court allow the parties to file simultaneous briefs on Tuesday, March 20 by 5:00 pm Eastern to more fully describe their positions on the scope of sampling. The parties would also ask the Court for an expedited hearing to address this impasse.

Dated: March 16, 2018

Respectfully submitted,

/s/Theodore J. Leopold
Theodore J. Leopold
**COHEN MILSTEIN SELLERS & TOLL PLLC**
2925 PGA Boulevard, Suite 220
Palm Beach Gardens, FL 33410
(561) 515-1400 Telephone
(561) 515-1401 Facsimile
tleopold@cohenmilstein.com

/s/Jay Chaudhuri
Jay Chaudhuri
N.C. Bar No. 27747
**COHEN MILSTEIN SELLERS & TOLL PLLC**
150 Fayetteville Street
Suite 980
Raleigh, NC 27601
(919) 890-0560 Telephone
(919) 890-0567 Facsimile
jchaudhuri@cohenmilstein.com

/s/Andrew Whiteman
Andrew Whiteman
N.C. Bar No. 9523
**WHITEMAN LAW FIRM**
5400 Glenwood Ave., Suite 225
Raleigh, NC 27612
(919) 571-8300 Telephone
(919) 571-1004 Facsimile
aow@whiteman-law.com

S. Douglas Bunch
Douglas J. McNamara
Jamie Bowers
Alison Deich
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave., N.W.,
Suite 500
Washington, D.C. 20005
(202) 408-4600 Telephone
(202) 408-4699 Facsimile
dbunch@cohenmilstein.com
dmcnamara@cohenmilstein.com
jbowers@cohenmilstein.com
adeich@cohenmilstein.com

Vineet Bhatia
**SUSMAN GODFREY, L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, TX 77002
(713) 651-3666 Telephone
(713) 654-6666 Facsimile
vbhatia@susmangodfrey.com

Stephen Morrissey
Jordan Connors
Steven Seigel
**SUSMAN GODFREY, L.L.P.**
1201 Third Ave.
Suite 3800
Seattle, WA 98101
(206) 516-3880 Telephone
(206) 516-3883 Facsimile
smorrissey@susmangodfrey.com
jconnors@susmangodfrey.com
sseigel@susmangodfrey.com

Gary W. Jackson
N.C. Bar No. 13976
**THE LAW OFFICES OF
JAMES SCOTT FARRIN, P.C.**
280 South Mangum Street
Suite 400
Durham, NC 27701
(919)-688-4991 Telephone
(800)-716-7881 Facsimile
gjackson@farrin.com

Neal H. Weinfield
**THE DEDENDUM GROUP**
1956 Cloverdale Ave.
Highland Park, IL 60035
(312) 613-0800 Telephone
(847) 478-0800 Facsimile
nhw@dedendumgroup.com

*Attorney for Plaintiffs Carey, Burris, Kiser, and Nix*

Joseph A. Ponzi
N.C. State Bar No. 36999
George W. House
N.C. State Bar No. 7426
William P.H. Cary
N.C. State Bar No. 7651
V. Randall Tinsley
N.C. State Bar No. 14429
**BROOKS, PIERCE, McLENDON
HUMPHREY & LEONARD, L.L.P.**
Post Office Box 26000
Greensboro, North Carolina
27420-6000
Telephone: (336) 373-8850
Facsimile: (336) 232-9114
ghouse@brookspierce.com
jponzi@brookspierce.com
wcary@brookspierce.com
rtinsley@brookspierce.com

*Attorneys for Plaintiff Cape Fear*

*Public Utility Authority*

J. Harold Seagle
N.C. State Bar No. 8017
**SEAGLE LAW**
P.O. Box 15307
Asheville, N.C. 28813
Telephone: 828-774-5711
haroldseagle@charter.net

Scott Summy
N.C. State Bar No. 27171
Cary McDougal *(pending Pro Hac Vice)*
(Texas State Bar No. 13569600)
Stephen Johnston *(pending Pro Hac Vice)*
(Texas State Bar No. 00796839)
Brett D. Land *(pending Pro Hac Vice)*
(Texas State Bar No. 24092664)
**BARON & BUDD, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219-4281
Telephone: (214) 521-3605
ssummy@baronbudd.com

*Attorneys for Plaintiff Brunswick County*

Jonathan D. Sasser
N.C. State Bar No. 10028
Stephen D. Feldman
N.C. State Bar No. 34940
ELLIS & WINTERS LLP
Post Office Box 33550
Raleigh, North Carolina 27636
Telephone: (919) 865-7000
jon.sasser@elliswinters.com
stephen.feldman@elliswinters.com

John K. Sherk
Shook, Hardy & Bacon, LLP

One Montgomery
Suite 2700
San Francisco, CA 94104
415-544-1900
Fax: 415-391-0281
Email: jsherk@shb.com

Kenneth J. Reilly
Shook Hardy & Bacon LLP
201 S. Biscayne Blvd
3200 Miami Center
Miami, FL 33131
305-960-6907
Fax: 305-358-7470
Email: kreilly@shb.com

Mark D. Anstoetter
Shook, Hardy & Bacon LLP
2555 Grand Boulevard
Kansas City, MO 64108
816-474-6550
Fax: 816-421-5547
Email: manstoetter@shb.com

***Attorneys for Defendants***

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2018, I electronically filed the foregoing JOINT SEVENTH STATUS REPORT with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record who have made an appearance in the above-captioned cases.

Dated: March 16, 2018   /s/ Steven M. Seigel
  Steven M. Seigel