# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION

| | |
|---|---|
| BRENT NIX, *et al.*, | Case. No.: 7:17-CV-0189-D |
| Plaintiffs, | |
| v. | |
| THE CHEMOURS COMPANY FC, LLC, *et al.*, | |
| Defendants. | |

| | |
|---|---|
| CAPE FEAR PUBLIC UTILITY AUTHORITY, | Case No.: 7:17-CV-00195-D |
| Plaintiff, | |
| v. | |
| THE CHEMOURS COMPANY FC, LLC, *et al.*, | |
| Defendants. | |

| | |
|---|---|
| ROGER MORTON, *et al.*, | Case No.: 7:17-CV-00197-D |
| Plaintiffs, | |
| v. | |
| THE CHEMOURS COMPANY, *et al.*, | |
| Defendants. | |

| VICTORIA CAREY, *et al.*, | ) | **Case No.: 7:17-CV-00201-D** |
| --- | --- | --- |
| Plaintiffs, | ) | |
| v. | ) | |
| E.I. DU PONT DE NEMOURS AND COMPANY, *et al.*, | ) | |
| Defendants. | ) | |
| BRUNSWICK COUNTY, | ) | **Case No.: 7:17-CV-00209-D** |
| Plaintiff, | ) | |
| v. | ) | |
| DOWDUPONT, INC., *et al.*, | ) | |
| Defendants. | ) | |

## ORDER ON MOTION FOR LEAVE FROM PROTECTIVE ORDER

This matter is before the Court on the joint motion by Plaintiffs and Defendants The Chemours Company FC, LLC ("Chemours") and E.I. du Pont de Nemours & Co. for leave from the Court's June 1, 2018 Protective Order ("Protective Order") (*Nix* D.E. 85; *Cape Fear Public Utility Authority* D.E. 62; *Morton* D.E. 73; *Carey* D.E. 74; *Brunswick County* D.E. 74). Having considered the motion, the Court concludes that good cause exists, and the motion is GRANTED. The Court hereby provides leave from the Protective Order for the sole, limited purpose of permitting Plaintiffs the opportunity to submit data from sampling Plaintiffs obtained on June 20-22, 2018 at the Chemours sampling location, together with all notes, comments, and

data validation qualifiers[1] listed in such documents, to the North Carolina Department of Environmental Quality and United States Environmental Protection Agency. It is further ordered that any communication related to this sampling data indicate that such data was collected: (a) as to sampling at Chemours, from what Chemours represents are waste tanks containing untreated process wastewater that is trucked off-site for disposal and is not discharged into the Cape Fear River; or (b) as to sampling at DuPont, from wastewater prior to its treatment in a wastewater treatment facility and discharge into the Cape Fear River. All other conditions and requirements of the Protective Order remain in full force and effect.

SO ORDERED. This 18 day of December, 2018

JAMES C. DEVER III
United States District Judge

---

[1] As set forth in "United States Environmental Protection Agency, Office of Information, EPA/240/R-02/004, November 2002 Guidance on Environmental Data Verification and Data Validation EPA QA/G-8."