IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:17-CV-201-D

| | | |
|---|---|---|
| VICTORIA CAREY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| E.I. DU PONT DE NEMOURS AND CO., et al., | ) | |
| | ) | |
| Defendants. | ) | |

The court will hold a status conference at 2:00 p.m. on Thursday, April 25, 2019, in courtroom one of the Terry Sanford Federal Building, 310 New Bern Avenue, Raleigh, North Carolina.

In sum, having reviewed the entire record, the briefs, and governing law, the court DENIES plaintiffs' motion for corrective action and supervision of defendants' communications with putative class members [D.E. 76]. The court DENIES as moot plaintiffs' motion to shorten defendants' time to respond [D.E. 78] and GRANTS plaintiffs' motion to seal [D.E. 81]. Finally, the court GRANTS plaintiffs' motion for a status conference [D.E. 96] and DENIES plaintiffs' motion to compel a discovery conference [D.E. 64, 93]. The court anticipates addressing issues related to Rule 26 of the Federal Rules of Civil Procedure at the status conference.

SO ORDERED. This 21 day of March 2019.

JAMES C. DEVER III
United States District Judge